IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARNISSA N. T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | 3:23-CV-1488-G-BK |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the court has made a *de novo* review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**.

September 25, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**